PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Porter                                      Cr.: 00-00568-001

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman, Senior U.S. District Judge

Date of Original Sentence: 10/17/01

Original Offense: Possession of a Weapon by a Convicted Person

Original Sentence: 55 months imprisonment, 3 years supervised release. $100 special assessment; $250 fine. Special conditions: Alcohol testing; drug treatment and/or urinalysis; financial disclosure; and no new debt.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 03/14/05

Assistant U.S. Attorney: Matthew Queler                 Defense Attorney: John Yauch, AFPD

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' |
|   | On January 6, 2006, Porter was arrested by the Newark, New Jersey Police Department and charged with murder, possession of a weapon, and possession of a weapon for an unlawful purpose. |
|   | Porter is presently incarcerated at the Essex County Jail. The above charges are pending Grand Jury action. |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 01/12/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_Harold A. Ackerman_
Signature of Judicial Officer

1/25/06
Date