# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number CR 00-568-001

FRANK PORTER

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)
### (For Offenses Committed On or After November 1, 1987)

The defendant, FRANK PORTER, was represented by John Yauch, AFPD.

The defendant was found in violation of number(s) 1 after a hearing by the court. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
| --- | --- |
| 1 | 'Committed another crime' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 10/17/01 remain in full force and effect, if not already paid.

Signed this the 8th day of May, 2008.

HAROLD A. ACKERMAN
Senior United States District Judge

Judgment – Page 2 of 2

Defendant:     FRANK PORTER
Case Number:   00-568-001

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 months. The term of imprisonment imposed by this judgment shall run consecutively to the offender's imprisonment under any previous state or federal sentence.

The defendant shall remain in custody pending service of sentence.

It is further ordered that the defendant shall pay to the United States a total of $250 which is the balance of his fine and special assessment. The U.S. Attorney's Office (Financial Litigation Unit) will continue to monitor and collect all monies.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal